UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARQUIS MOON,<br><br>　　　　Defendant. | NO. CR08-5483BHS<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE PRETRIAL<br>MOTIONS' DUE DATE |

Upon stipulation of the parties to continue the pretrial motions' due date in this matter, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date be continued to August 21, 2008.

DONE this 11th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*/s/ Linda R. Sullivan*　　　　　　　　　*/s/ Bruce Miyake*
Linda R. Sullivan　　　　　　　　　　　Bruce Miyake
Attorney for Defendant　　　　　　　　Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS' DUE DATE　　-1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**